Brian M. Blum, 024243
**BLUM LAW OFFICE, PLC**
2800 S. Rural Road, Suite 103
Tempe, Arizona 85282
Tel: (480) 292-8423 | Fax: (480) 240-1355
bmb@blumplc.com

*Attorney for Plaintiffs*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| *In re*: | Chapter 13 |
|---|---|
| Roberto Madrid and Elsa Madrid, | Case No.: 2:09-bk-20627-RJH |
| Debtors. | Adv. No.: 2:10-ap-00219-RJH |
| Roberto Madrid and Elsa Madrid, Plaintiffs, vs. HSBC Bank USA NA, Secured Funding Corp., and Mortgage Electronic Registration Systems Inc., Defendants. | **COMPLAINT TO DETERMINE SECURED STATUS AND AVOID LIEN ON REAL PROPERTY** |

*Parties, Venue, and Jurisdiction*

1. Plaintiffs/Debtors, Roberto Madrid and Elsa Madrid (the "Madrids"), filed for relief under chapter 13 of the Bankruptcy Code on August 25, 2009.

2. Defendant HSBC Bank USA NA ("HSBC") is a foreign corporation doing business in Arizona. Upon information and belief, HSBC is the servicer of the loan described below as the second note.

3. Secured Funding Corp. ("SFC") is a California corporation doing business in Arizona. Upon information and belief, SCF was the originator of the loan described below as the second note.

4. Mortgage Electronic Registration Systems, Inc ("MERS") is named as the "Nominee" of SFC in the second deed of trust described below.

5. This court has jurisdiction pursuant to 28 U.S.C. § 1334.

6. This matter, a complaint to determine the extent, validity and priority of liens, is a core matter under 28 U.S.C. § 157(b)(2)(K).

7. Venue is proper pursuant to 28 U.S.C. § 1409.

*General Allegations*

8. The Madrids are the owners of real property (the "Property") located at 8063 East Windsor Avenue, Scottsdale, Arizona and more particularly described as:

LOT 33, VILLAGE GROVE TWELVE, A SUBDIVISION RECORDED IN BOOK 88 OF MAPS, PAGE 29, RECORDS OF MARICOPA COUNTY, ARIZONA.

9. The Property is the Madrids' residence.

10. The Madrids are the borrowers on two notes, each of which are secured to the Property by separate deeds of trust. The holder of the first note is U.S. Bank National Association as Trustee under Pooling and Servicing agreement dated as of March 1, 2006 Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2 ("U.S. Bank") and the holder of the second note is the Defendants. The beneficiary of the first deed of trust is U.S. Bank and the beneficiary of the second deed of trust is the Defendants.

11. The balance due on the first note is $310,803.39, as evidenced by the proof of claim ("Claim 8") filed in the bankruptcy case and incorporated herein by reference. The first note is secured to the Property by a deed of trust recorded in the Maricopa County Recorder's Office on December 28, 2005, at number 2005-1955519.

12. The balance due on the second note is $77,538.00. The second note is secured to the Property by a deed of trust recorded in the Maricopa County Recorder's Office on September 19, 2006, at number 2006-1237881.

13. The value of the Property is less than the amount due on the first note.

14. Upon information and belief, there is no equity in the Property available to secure the second note.

*Declaratory Relief*

**(To Determine the Parties' Respective Interests in the Property)**

15. The Madrids re-allege the preceding paragraphs.

16. The value of the Property is less than the first note. Accordingly, the second note is wholly unsecured.

17. Upon information and belief, the Defendants deny the allegations in Paragraph 16, *supra*.

18. An actual and justiciable controversy exists between the Madrids and HSBC with regard to the validity, nature, and extent of their respective interests in the Property.

*Wherefore*, the Madrids request that this court enter an order:

A. Finding that the second note and second deed of trust shall be treated as a wholly unsecured claim in the Madrid's chapter 13 plan;

B. Directing the Defendants to record a deed of release and re-conveyance of its interest in the Property with respect to the deed of trust recorded at instrument number 2006-1237881 in the Maricopa County Recorder's Office, upon the entry of the discharge order and deliver the same to the the Madrids within 20 days from the date of the entry of the discharge order at no charge or fee;

C. That each party bear their own costs in relation to this action; and

D. Award further relief as the court deems appropriate.

DATED: February 2, 2010     **BLUM LAW OFFICE, PLC**

/s/Brian M. Blum
Brian M. Blum
2800 S. Rural Rd., Ste. 103
Tempe, AZ 85282
*Attorney for Plaintiffs*